UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, et. al. | ) CIVIL ACTION NO. <br> ) 1:20-CV-11933-DPW <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) **NOTICE OF WITHDRAWAL OF** <br> ) **APPEARANCE OF J. STEVEN** <br> DONNA M. MCNAMARA, et. al., ) **FOLEY** <br> ) <br> Defendants. ) <br> ) |

    Kindly withdraw the appearance of Attorney J. Steven Foley as counsel for the Plaintiffs in this matter. We regret to inform the Court of Attorney Foley's recent passing. No substitution of appearance is required under Local Rule 83.5.2(c) because other counsel with an appearance on file will continue to represent the Plaintiffs.

                                      Respectfully submitted,

                                      ____/s/Jason Guida_____
                                      Jason A. Guida (BBO# 667252)
                                      Principe & Strasnick, P.C.
                                      17 Lark Avenue
                                      Saugus, MA 01960
                                      (617) 383-4652
                                      jason@lawguida.com