UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, et. al. </br></br>  Plaintiffs, </br></br> -against- </br></br> DONNA M. MCNAMARA, et. al., </br></br>  Defendants. | CIVIL ACTION NO. </br> 1:20-CV-11933-DPW </br></br> **DECLARATION OF ALEJANDRO PIREZ IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF** |

I, Alejandro Pirez, hereby declare and state the following:

1. I reside in Boston, Suffolk County, Massachusetts.

2. I am currently a member of the Second Amendment Foundation.

3. I do not hold a firearms license issued in the Commonwealth of Massachusetts and I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. I am not prohibited from possessing firearms, rifles, shotguns or ammunition under Massachusetts or Federal law.

5. I wish to obtain a license to carry ("LTC") in order to obtain a firearm and ammunition to protect myself and my family should the need arise.

6. In late June or early July, 2020, I contacted the Boston Police Department and spoke with someone about submitting my new LTC application. I was told that I would be put on a wait list for an appointment.

7. I followed up with the Boston Police Department in September, 2020 and I was told that I would receive an email with information about the next step to get an appointment.

8. On February 22, 2021, I received an email from the Boston Police Department that I was now permitted to submit my application electronically using a link provided in the email. The email indicated that I will be contacted in the future to be interviewed and fingerprinted after my application had been submitted. See Exhibit A.

9. I uploaded my application in accordance with the instructions provided in the February 22, 2021 email.

10. It has now been approximately 7 months since I initially attempted to submit my LTC application to the Boston Police Department. I do not know how much longer I must wait to be

fingerprinted or how much longer I must wait to actually receive my LTC.

11. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of March, 2021.

_____
Alejandro Pirez