UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, et. al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>DONNA M. MCNAMARA, et. al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-CV-11933-DPW<br><br>**DECLARATION OF RYAN WALKER IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF** |

I, Ryan Walker, hereby declare and state the following:

1. I reside in Boston, Suffolk County, Massachusetts.

2. I am currently a member of the Second Amendment Foundation.

3. I do not hold a firearms license issued in the Commonwealth of Massachusetts and I do not possess or have access to any firearms, rifles, shotguns or ammunition in Massachusetts.

4. I am not prohibited from possessing firearms, rifles, shotguns or ammunition under Massachusetts or Federal law.

5. I wish to obtain a license to carry ("LTC") in order to obtain a firearm and ammunition to protect myself and my family should the need arise.

6. I contacted the Boston Police Department and asked to be places on the waiting list in the first week of June, 2020.

7. I made multiple follow up calls in July, August and October to see if I could get an update on my application and how much longer I would have to wait. I was told on at least one occasion that the list was very long and that they are "doing their best to get through it".

8. On December 23, 2020, I received an email from "Frederick Lane" at the Boston Police Department with instructions on how to upload my application. I submitted all of my necessary documents and paid the $100 application fee via the online portal that was provided to me. I received a confirmation email stating that my application had been received. See Exhibit A.

9. On February 3, 2021, I replied to the email from Frederick Lane requesting an update. I received the following response: "Your application is still on the website with hundreds of others. We will get to it soon. Please be a bit more patience (sic)." See Exhibit B.

10. On February 25, 2021, I received an email from Frederick Lane with the same information and

instructions that I received on December 23, 2020.

11. On February 26, 2020, I received a phone call from Officer Lane. He advised me that the email I had received was in error. He stated that the Boston Police Department was about half-way through applications that were submitted in November, 2020.

12. I have no idea when my application will be processed or how much longer I will need to wait for my LTC.

13. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _26_th day of February, 2021.

*Ryan Walker*
Ryan Walker