UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, et. al.<br><br>Plaintiffs,<br><br>-against-<br><br>DONNA M. MCNAMARA, et. al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>**DECLARATION OF SARA HAROLD IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF** |

I, Sara Harold, hereby declare and state the following:

1. I reside in Boston, Suffolk County, Massachusetts.

2. I am currently a member of the Second Amendment Foundation.

3. I do not hold a firearms license issued in the Commonwealth of Massachusetts and I do not possess or have access to any firearms, rifles, shotguns or ammunition in Massachusetts.

4. I am not prohibited from possessing firearms, rifles, shotguns or ammunition under Massachusetts or Federal law.

5. I wish to obtain a license to carry ("LTC") in order to obtain a firearm and ammunition to protect myself and my family should the need arise.

6. On August 19, 2020, I contacted the Boston Police Department and spoke with someone about submitting my new LTC application. I was told that I would be put on a wait list for an appointment.

7. I followed up with the Boston Police Department on August 24, 2020 and left a message to see if I could get more information on a timeline because I never received a confirmation email or phone call from the Boston Police Department regarding the application process.

8. I called the Boston Police Department again and left a message on October 23rd, December 7th, and January 22nd.

9. The message on the Boston Police Department's voicemail states, specifically, that someone will call you back and confirm your place in line for an appointment.

10. No one has ever called me back.

11. It has been over 5 months and I remain unable to submit my LTC application to the Boston

      Police Department.

12. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 25 th day of February, 2021.

_____*Sara Harold*_____
        Sara Harold