UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, et. al. ) | CIVIL ACTION NO. |
| ) | |
| Plaintiffs, ) | |
| -against- ) | **DECLARATION OF SAWANDI** |
| DONNA M. MCNAMARA, et. al., ) | **CASSELL IN SUPPORT OF** |
| ) | **MOTION FOR INJUNCTIVE** |
| Defendants. ) | **RELIEF** |

I, Sawandi Cassell, hereby declare and state the following:

1. I reside in Chelsea, Suffolk County, Massachusetts.

2. I am currently a member of the Second Amendment Foundation.

3. I do not hold a firearms license issued in the Commonwealth of Massachusetts and I do not possess or have access to any firearms, rifles, shotguns or ammunition.

4. I am not prohibited from possessing firearms, rifles, shotguns or ammuniton under Massachusetts or Federal law.

5. I wish to obtain a license to carry ("LTC") in order to obtain a firearm and ammunition to protect myself and my family should the need arise.

6. I submitted my application for an LTC to the Chelsea Police Department in mid-July. I have contacted the Chelsea Police Department numerous times over the past several months to check the status and no one will give me any information.

7. I contacted the Massachusetts Firearms Records Bureau and I was informed that the Chelsea Police Department has not even started my application.

8. In November, I went to the Chelsea Police Department and spoke with the Detective in charge of firearms licensing. I was told that there was a "whole pile of applications" and that mine was "probably in there somewhere".

9. I was told that it may be "up to a year" before my application will be processed.

10. Over 7 months has passed and I am still waiting for my application to be processed by the Chelsea Police Department.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___1st day of March, 2021.

_____
Sawandi Cassell