UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| BRANDON ALVES, et. al. | ) ) ) | CIVIL ACTION NO. |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| -against- | ) ) | DECLARATION OF JARRAD BROOKS IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF |
| DONNA M. MCNAMARA, et. al., | ) ) | |
| Defendants. | | |

I, Jarrad Brooks, hereby declare and state the following:

1. I reside in Lunenburg, Worcester County, Massachusetts.

2. I am currently a member of the Second Amendment Foundation.

3. I currently hold an LTC issued in the Commonwealth of Massachusetts by the Lunenburg.

4. I am not prohibited from possessing firearms under Massachusetts or Federal law.

5. On November 6, 2020, I received notice that my LTC is set to expire on March 1, 2021 and that I need to reapply.

6. On November 9, 2020, I contacted the Lunenburg Police Department and asked about scheduling an appointment to submit my renewal application. I was told that the officer who processes applications would call me back.

7. I did not receive a return call from the Lunenburg Police Department so I appeared at the Department in person on November 24, 2020. The doors to the Department were locked. I tried calling the Department and I was told that the licensing officer was not there and that I needed to speak with her.

8. I attempted to call the firearms licensing officer on December 1, 2020 and no one answered the phone.

9. I contacted the Lunenburg Police Department on January 13, 2021 at approximately 9:05 am. I spoke with the firearms licensing officer and she took down my name and number. She told me she would call me back. I have not heard from her.

10. My license is now expired. I am aware that I now have only 90 days until I will need to turn in my firearms to the police department.

11. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2th day of March, 2021.

_____
Jarrad Brooks