UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>DONNA M. MCNAMARA, *et al.*,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:20-cv-11933-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL AS TO CHIEF GOMES OF
THE BROCKTON POLICE DEPARTMENT**

WHEREAS:

　　1)　　Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

　　2)　　Defendant Chief Gomes is the Chief of the Brockton Police Department and the designated "licensing authority" for the City of Brockton, who is responsible for issuing FIDs and LTCs; and

　　3)　　The Brockton Police Department experienced a substantial increase in the number of applications for FIDs and LTCs during the year 2020 and developed a significant backlog of individuals seeking to submit applications for FIDs and LTCs;

　　4)　　In December 2020, the Brockton Police Department dedicated additional resources and staffing to address the significant backlog of individuals seeking to apply for FIDs and LTCs; and

5) Since the year 2020, the Brockton Police Department has substantially resolved its backlog of individuals seeking to apply for FIDs and LTCs and does not anticipate the existence of substantial delays in the application process in the future; and

6) Defendant Chief Gomes has processed the license application of Plaintiff Dominic Hawkins,

NOW THEREFORE:

It is hereby agreed and stipulated that the claims against Defendant Chief Gomes (only) shall be DISMISSED, without prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

Dated: March 17, 2021

Respectfully submitted,

| THE PLAINTIFFS, | DEFENDANT CHIEF GOMES, |
|---|---|
| By their attorneys, | By his attorneys, |
| /s/ David D. Jensen | /s/ Karen A. Fisher |
| David D. Jensen | Karen A. Fisher |
| Admitted *Pro Hac Vice* | BBO # 672751 |
| David Jensen PLLC | Assistant City Solicitor |
| 33 Henry Street | Law Department |
| Beacon, New York 12508 | City Hall |
| Tel: 212.380.6615 | 45 School Street |
| Fax: 917.591.1318 | Brockton, MA 02301 |
| david@djensenpllc.com | Tel. (508) 580-7110 |
| | Fax. (508) 580-711233 |
| Jason A. Guida | kfisher@cobma.us |
| BBO # 667252 | |
| Principe & Strasnick, P.C. | |
| 17 Lark Avenue | |
| Saugus, MA 01960 | |
| Tel: 617.383.4652 | |
| Fax: 781.233.9192 | |
| jason@lawguida.com | |

-3-

It is SO ORDERED this  22nd  day of March, 2021.

                                         */s/ Douglas P. Woodlock*

                                         DOUGLAS P. WOODLOCK
                                         DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Mar. 17, 2021.

/s/ David D. Jensen
David D. Jensen, Esq.
