UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>DONNA M. MCNAMARA, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:20-cv-11933-DPW |

### [PROPOSED] ORDER OF DISMISSAL AS TO CHIEF JONES
### OF THE TOWN OF HINGHAM POLICE DEPARTMENT

WHEREAS:

1) Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2) Defendant Chief David Jones is the Chief of the Town of Hingham Police Department and the designated "licensing authority" for the Town of Hingham, who is responsible for issuing FIDs and LTCs; and

3) The Hingham Police Department experienced a substantial increase in the number of applications for FIDs and LTCs during the year 2020; and

4) The Hingham Police Department has established an online scheduling system for new applicants to schedule appointments to submit applications for FIDs and LTCs; and

5) This scheduling system allows for the processing of LTC applications in accordance with COVID-19 safety guidelines; and

6)	The Hingham Police Department is aware that the number of applicants seeking a licensing appointment may exceed the number of available appointments in any given month; and

7)	The Hingham Police Department will monitor the availability of licensing appointments to ensure that that there are no substantial delays in the application process and that license applications will be processed within the time required by law; and

8)	The Hingham Police Department has processed the license application of Plaintiff Daniel Ranahan,

NOW THEREFORE:

It is hereby agreed and stipulated that the claims against Defendant Chief Jones, Chief of the Hingham Police Department (only) shall be DISMISSED, without prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

Dated: March 22, 2021

Respectfully submitted,

| THE PLAINTIFFS, | DEFENDANT CHIEF DAVID JONES |
|---|---|
| By their attorneys, | By his attorney, |
| ____/s/ David D. Jensen_____ | __/s/ Kerry T. Ryan_____ |
| David D. Jensen, *pro hac vice*<br>David Jensen, PLLC<br>111 John Street, Suite 420<br>New York, New York 10038<br>(212) 380-6615<br>david@djensenpllc.com | Kerry T. Ryan, BBO #632615<br>Bogle, DeAscentis and Coughlin, P.C.<br>25 Foster Street, 1st Floor<br>Quincy, MA 02169<br>(617) 845-5473<br>ktr@b-dlaw.com |

Jason A. Guida, BBO # 667252
Principe & Strasnick, P.C.
11 Lark Avenue
Saugus, Massachusetts 01906
(617) 383-4652
jason@lawguida.com

Dated: March 22, 2021

      It is SO ORDERED this _____ day of March, 2020.

                                                                           DOUGLAS P. WOODLOCK
                                                                            DISTRICT JUDGE

-4-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Mar. 22, 2022.

                                            /s/ Jason A. Guida
                                            Jason A. Guida, Esq.