UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>DONNA M. MCNAMARA, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:20-cv-11933-DPW |

**[PROPOSED] ORDER OF DISMISSAL AS TO CHIEF LABONTE
OF THE BERKLEY POLICE DEPARTMENT**

WHEREAS:

1) Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2) Defendant Chief Labonte is the Chief of the Berkley Police Department and the designated "licensing authority" for the Town of Berkley, who is responsible for issuing FIDs and LTCs; and

3) In March of 2020, the Berkley Police Department posted on social media that, "in an effort to minimize exposure and transmission of COVID-19," firearms licensing, along with other programs including child car seat installation, were suspended; and

4) On November 17, 2020, the Berkley Police Department posted on social media that, due to COVID-19 concerns, the processing of new applications for LTC applications was "suspended," but that renewal applications could be submitted via a mailbox outside the station.

5) The Berkley Police Department is currently processing new and renewal FID and LTC applications in accordance with the provisions and time periods specified in M.G.L. c. 140, §§ 129B and 131; and

6) The Berkley Police Department has accepted an LTC application from Plaintiff Michael Peterson and the application will be processed in the normal course.

NOW THEREFORE:

It is hereby agreed and stipulated that the claims against Defendant Chief Labonte (only) shall be DISMISSED, without prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

Respectfully submitted,

| THE PLAINTIFFS, | DEFENDANT CHIEF LABONTE, |
|---|---|
| By their attorneys, | By his attorneys, |
| /s/ David D. Jensen | /s/ Allison Lyng O'Connell |
| David D. Jensen | Leonard H. Kesten, BBO# 542042 |
| Admitted *Pro Hac Vice* | Thomas R. Donohue, BBO# 643483 |
| David Jensen PLLC | Allison Lyng O'Connell, BBO# 690219 |
| 33 Henry Street | BRODY, HARDOON, PERKINS & |
| Beacon, New York 12508 | KESTEN, LLP |
| Tel: 212.380.6615 | 699 Boylston Street, 12th Floor |
| Fax: 917.591.1318 | Boston, MA 02116 |
| david@djensenpllc.com | (617) 880-7100 |
| | lkesten@bhpklaw.com |
| Jason A. Guida | tdonohue@bhpklaw.com |
| BBO # 667252 | aoconnell@bhpklaw.com |
| Principe & Strasnick, P.C. | |
| 17 Lark Avenue | |
| Saugus, MA 01960 | |
| Tel: 617.383.4652 | |
| Fax: 781.233.9192 | |
| jason@lawguida.com | |

DATED: April 2, 2021

It is SO ORDERED this _____ day of _____, 2021.

 

_____
DOUGLAS P. WOODLOCK
DISTRICT JUDGE

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2021.

                                             /s/ *Allison Lyng O'Connell*
                                             Allison Lyng O'Connell, BBO# 690219

DATED: April 2, 2021