UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> DONNA M. MCNAMARA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-11933-DPW |

**[PROPOSED] ORDER OF DISMISSAL AS TO CHIEF SAVASTA
OF THE PAXTON POLICE DEPARTMENT**

WHEREAS:

1) Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2) Defendant Chief Savasta is the Chief of the Paxton Police Department and the designated "licensing authority" for the Town of Paxton, who is responsible for issuing FIDs and LTCs; and

3) Due to public health and safety concerns associated with the COVID-19 pandemic, the Paxton Police Department ("Department") was temporarily closed to the public; and

4) The Department never stopped processing renewal FID and LTC applications. The Department accepted renewal applications via mail and utilized the fingerprints on file and driver's license photographs to process the renewal applications; and

  5)  New FID and LTC applications require fingerprinting. Accordingly, the Department temporarily paused the processing of new FID and LTC applications in order to help ensure public health and safety during the COVID-19 pandemic; and

  6)  The Department has since resumed processing new FID and LTC applications; and

  7)  As soon as the Department resumed processing new FID and LTC applications, the Department was able to quickly process all pending applications; and

  8)  The Department has processed the license application of Plaintiff Andrew Sebring and Mr. Sebring has received his LTC; and

  9)  Pursuant to the statute, the Paxton Police Department will continue to process LTC application in accordance with the provisions and time periods specified by M.G.L. c. 140, § 131.

NOW THEREFORE:

  It is hereby agreed and stipulated that the claims against Defendant Chief Savasta (only) shall be DISMISSED, with the claim alleging a refusal to process Plaintiff Sebring's application dismissed with prejudice, and any and all other claims dismissed without prejudice, and with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

[signatures on following page]

-3-

Respectfully submitted,

| THE PLAINTIFFS, | DEFENDANT CHIEF SAVASTA, |
|---|---|
| By their attorneys, | By his attorneys, |

/s/ *David D. Jensen*  
David D. Jensen  
Admitted *Pro Hac Vice*  
David Jensen PLLC  
33 Henry Street  
Beacon, New York 12508  
Tel: 212.380.6615  
Fax: 917.591.1318  
david@djensenpllc.com

Jason A. Guida  
BBO # 667252  
Principe & Strasnick, P.C.  
17 Lark Avenue  
Saugus, MA 01960  
Tel: 617.383.4652  
Fax: 781.233.9192  
jason@lawguida.com

Dated: April 2, 2021

/s/ *Allison Lyng O'Connell*  
Leonard H. Kesten, BBO# 542042  
Thomas R. Donohue, BBO# 643483  
Allison Lyng O'Connell, BBO# 690219  
BRODY, HARDOON, PERKINS & KESTEN, LLP  
699 Boylston Street, 12th Floor  
Boston, MA 02116  
(617) 880-7100  
lkesten@bhpklaw.com  
tdonohue@bhpklaw.com  
aoconnell@bhpklaw.com

-2-

It is SO ORDERED this _____ day of _____, 2021.

_____
DOUGLAS P. WOODLOCK
DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2021.

                                                  */s/ Allison Lyng O'Connell*
                                                  Allison Lyng O'Connell, BBO# 690219

DATED: April 2, 2021