UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRANDON ALVES, *et al.*,

    Plaintiffs,

-against-

DONNA M. MCNAMARA, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:20-cv-11933-DPW

### [PROPOSED] ORDER OF DISMISSAL AS TO CHIEF SHOEMAKER OF THE WARWICK POLICE DEPARTMENT

WHEREAS:

1)    Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2)    Defendant Chief Shoemaker is the Chief of the Warwick Police Department and the designated "licensing authority" for the Town of Warwick, who is responsible for issuing FIDs and LTCs; and

3)    In March 2020, the Warwick Police Department posted on social media that, due to COVID-19 concerns, it was not processing applications for FIDs and LTCs. On November 27, 2020, the Police Department announced that it was processing renewal applications, but not new applications because those require fingerprinting and the station remained closed to the public due to COVID-19 related public safety concerns; and

-2-

4) The Warwick Police Department is currently processing new and renewal FID and LTC applications in accordance with the provisions and time periods specified in M.G.L. c. 140, §§ 129B and 131; and

5) The Warwick Police Department has accepted an LTC application from Plaintiff Victoria Costa and application will be processed in the normal course.

NOW THEREFORE:

It is hereby agreed and stipulated that the claims against Defendant Chief Shoemaker (only) shall be DISMISSED, without prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

Respectfully submitted,

| THE PLAINTIFFS, | DEFENDANT CHIEF SHOEMAKER, |
|---|---|
| By their attorneys, | By his attorneys, |
| /s/ David D. Jensen | /s/ Allison Lyng O'Connell |
| David D. Jensen | Leonard H. Kesten, BBO# 542042 |
| Admitted *Pro Hac Vice* | Thomas R. Donohue, BBO# 643483 |
| David Jensen PLLC | Allison Lyng O'Connell, BBO# 690219 |
| 33 Henry Street | BRODY, HARDOON, PERKINS & |
| Beacon, New York 12508 | KESTEN, LLP |
| Tel: 212.380.6615 | 699 Boylston Street, 12th Floor |
| Fax: 917.591.1318 | Boston, MA 02116 |
| david@djensenpllc.com | (617) 880-7100 |
| | lkesten@bhpklaw.com |
| Jason A. Guida | tdonohue@bhpklaw.com |
| BBO # 667252 | aoconnell@bhpklaw.com |
| Principe & Strasnick, P.C. | |
| 17 Lark Avenue | |
| Saugus, MA 01960 | |
| Tel: 617.383.4652 | |
| Fax: 781.233.9192 | |
| jason@lawguida.com | |

DATED: April 2, 2021

It is SO ORDERED this _____ day of _____, 2021.

                                                                      _____
                                                                       DOUGLAS P. WOODLOCK
                                                                       DISTRICT JUDGE

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2021.

                                                                              */s/ Allison Lyng O'Connell*
                                                                              Allison Lyng O'Connell, BBO# 690219

DATED: April 2, 2021