UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDON ALVES, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> DONNA M. MCNAMARA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-11933-DPW |

### [PROPOSED] ORDER OF DISMISSAL AS TO CHIEF GAMMEL OF THE LUNENBERG POLICE DEPARTMENT

WHEREAS:

1) Plaintiffs commenced this action seeking declaratory and injunctive relief against shutdowns and delays in the issuance of firearms identification cards ("FIDs") under M.G.L. c. 140, § 129B and licenses to carry firearms ("LTCs") issued under M.G.L. c. 140, § 131; and

2) Defendant Chief Gammel is the Chief of the Lunenberg Police Department ("Department") and the designated "licensing authority" for the Town of Lunenberg, who is responsible for issuing FIDs and LTCs; and

3) The Department processes firearm licenses (both new applications and renewals) by appointment only ("LTC appointments").

4) As explained in the attached affidavit of Chief Gammel, the Department is scheduling appointments and processing applications.

5) The Department processes applications for FIDs and LTCs in accordance with provisions and time periods specified by M.G.L. c. 140, § 131; and

6) The Department has not had, nor does it anticipate having, substantial delays in the firearms licensing process.

7) Plaintiff Jarrad Brooks has an appointment to submit an application on April 2, 2021 and, for his part, states he was not aware of any prior appointment; and

8) The Department will process Plaintiff Brooks' application in the normal course.

NOW THEREFORE:

It is hereby agreed and stipulated that the claims against Defendant Thomas Gammel in his official capacity as the Chief of Police of the Town of Lunenberg shall be DISMISSED, without prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorney's fees.

[signatures on following page]

Respectfully submitted,

| | |
|---|---|
| THE PLAINTIFFS, | DEFENDANT CHIEF GAMMEL, |
| By their attorneys, | By her attorneys, |
| */s/ David D. Jensen* | */s/ Allison Lyng O'Connell* |
| David D. Jensen | Leonard H. Kesten, BBO# 542042 |
| Admitted *Pro Hac Vice* | Thomas R. Donohue, BBO# 643483 |
| David Jensen PLLC | Allison Lyng O'Connell, BBO# 690219 |
| 33 Henry Street | BRODY, HARDOON, PERKINS & |
| Beacon, New York 12508 | KESTEN, LLP |
| Tel: 212.380.6615 | 699 Boylston Street, 12th Floor |
| Fax: 917.591.1318 | Boston, MA 02116 |
| david@djensenpllc.com | (617) 880-7100 |
| | lkesten@bhpklaw.com |
| Jason A. Guida | tdonohue@bhpklaw.com |
| BBO # 667252 | aoconnell@bhpklaw.com |
| Principe & Strasnick, P.C. | |
| 17 Lark Avenue | |
| Saugus, MA 01960 | |
| Tel: 617.383.4652 | |
| Fax: 781.233.9192 | |
| jason@lawguida.com | |

Dated:  April 2, 2021

-2-

It is SO ORDERED this _____ day of _____, 2021.

                                                                                                      DOUGLAS P. WOODLOCK
                                                                                                      DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2021.

                                            */s/ Allison Lyng O'Connell*
                                            Allison Lyng O'Connell, BBO# 690219

DATED: April 2, 2021