UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-11933-DPW

**ALEJANDRO PIREZ et al.**

**Plaintiffs.**
**v.**

**GREGORY LONG.**

**Defendants.**

## JOINT REQUEST FOR REFERRAL TO A MAGISTRATE JUDGE FOR MEDIATION

Plaintiffs, Alejandro Pirez, Ryan Walker, Sarah Harold, Commonwealth Second Amendment, Inc., Second Amendment Foundation, Inc. and Defendant acting Boston Police Department Commissioner Gregory Long hereby submit this joint request for a referral to a Magistrate Judge for mediation. As grounds therefore, the parties state as follows:

1. Counsel for the Plaintiffs and Defendant have conferred and assent to have this case referred to a Magistrate Judge for mediation.

**WHEREFORE**, parties respectfully request that this Honorable Court refer this case to a Magistrate Judge for mediation.

Dated: May 28, 2021

Respectfully submitted:

| **THE PLAINTIFFS**,<br>By their attorneys, | **DEFENDANT GREGORY LONG** |
|---|---|
| /s/ David D. Jensen<br>David D. Jensen Admitted Pro Hac Vice<br>David Jensen PLLC<br>33 Henry Street Beacon,<br>New York 12508<br>Tel: 212.380.6615<br>Fax: 917.591.1318<br>david@djensenpllc.com<br><br>/s/ Jason A. Guida<br>Jason A. Guida BBO # 667252<br>Principe & Strasnick, P.C.<br>17 Lark Avenue<br>Saugus, MA 01960<br>Tel: 617.383.4652<br>Fax: 781.233.9192<br>jason@lawguida.com | By his attorneys:<br>HENRY LUTHIN,<br>Corporation Counsel<br><br>/s/ John Fahey<br>John Fahey (BBO#703399)<br>Assistant Corporation Counsel<br>Nieve Anjomi (BBO#651212)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4034<br>John.fahey@boston.gov<br>Nieve.Anjomi@boston.gov |

## CERTIFICATE OF SERVICE

I, John Fahey, hereby certify that on May 28, 2021, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to each party appearing *pro se* that is unregistered.

/s/ John Fahey
John Fahey