UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEJANDRO PIREZ et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   C.A. No. 1:20-CV-11933-DPW |
| GREGORY LONG, | )<br>)<br>) |
| Defendant. | )<br>) |

**STIPULATION OF PARTIAL DISMISSAL**

NOW COME the Plaintiffs, Alejandro Pirez, Ryan Walker, Sara Harold, Second Amendment Foundation, Inc., and Commonwealth Second Amendment, Inc. (collectively, the "Plaintiffs") and the Defendant, Gregory Long ("acting Commissioner Long"), pursuant to Fed. R. Civ. P. 41(a)(1)(A), and herby stipulate to the dismissal of claims advanced by plaintiffs Alejandro Pirez and Ryan Walker. Sara Harold, Second Amendment Foundation, Inc., and Commonwealth Second Amendment, Inc. remain as plaintiffs.

Each side agrees to bear their own costs, fees, and attorneys' fees and waive any right to appeal.

-2-

Respectfully submitted,                                              June 4, 2021,

THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen
Admitted *Pro Hac Vice*
David Jensen PLLC                          DEFENDANT GREGORY LONG
33 Henry Street                            By his attorneys,
Beacon, New York 12508
Tel: 212.380.6615                          /s/ Nieve Anjomi
Fax: 917.591.1318
david@djensenpllc.com                      Nieve Anjomi (BBO#651212)
                                           Senior Assistant Corporation
/s/ Jason A. Guida                         Counsel
Jason A. Guida                             John Fahey (BBO#703399)
BBO # 667252                               Assistant Corporation Counsel
Principe & Strasnick, P.C.                 City of Boston Law Department
17 Lark Avenue                             City Hall, Room 615
Saugus, MA 01960                           Boston, MA 02201
Tel: 617.383.4652                          (617) 635-4017
Fax: 781.233.9192                          nieve.anjomi@boston.gov
jason@lawguida.com                         john.fahey@boston.gov

## Certificate of Service

    I, Nieve Anjomi, hereby certify that on June 4, 2021, a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via first class mail.

                                        */s/ Nieve Anjomi*
                                        Nieve Anjomi