## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Brandon Alves et al.,</u> Plaintiff

V.   CIVIL ACTION NO. <u>1:20-cv-11933-DPW</u>

<u>William G. Gross,</u> Defendant

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

To Judge Woodock

[ ]  The parties reported this case as settled prior to the mediation

[ ]  On  <u>7/26/2021</u>  I held the following ADR proceeding:

_____ SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION
__X____ MEDIATION  _____ SUMMARY BENCH / JURY TRIAL  _____ MINI-TRIAL
_____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

**[ X ]  This case has settled.  A <u>120-Day</u> Settlement Order may issue.**

[ ]  This case did not settle.  Please return to the trial list.

[ ]  Counsel notified the court that this case is not ripe for mediation at this time.

<u>7/26/2021</u>                                        EDWARD F. HARRINGTON, SDJ
DATE                                                        ADR Provider