UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Brandon Alves et al

        Plaintiff,

   v.                              CIVIL ACTION
                                        No. 20-11933-DPW

William G Gross

        Defendants.

## **SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

    The Court having been advised on **July 26, 2021**, that the above-entitled action has been settled with respect to all parties and all claims;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **120 days**, to reopen the action if settlement is not consummated.

                                                          BY THE COURT,

                                                     /s/ Christina McDonagh

DATED: July 27, 2021                                       Deputy Clerk